# Court of Appeals
# of the State of Georgia

ATLANTA,  July 13, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2236. KENNETH WAYNE CLAY v. THE STATE.**

In 2019, Kenneth Clay pled guilty to failure to register as a sex offender. In March 2026, he filed a "Motion to Correct an Error on Indictment Misnomer under OCGA 9-10-32 [sic]," in which he argued that the name on his indictment was incorrect. The trial court dismissed the motion, and Clay filed a notice of appeal directed to the Supreme Court, which transferred the matter to this Court. See *Clay v. State*, Case No. S26A1298 (May 19, 2026). We lack jurisdiction.

Regardless of its nomenclature, Clay's March 2026 motion essentially seeks to vacate his judgment of conviction. See *Jones v. State*, 290 Ga. App. 490, 493–94(1)–(2) (659 SE2d 875) (2008) (a challenge to the validity of an indictment is a challenge to the ensuing conviction); *Planet Ins. Co. v. Ferrell*, 228 Ga. App. 264, 266 (491 SE2d 471) (1997) (pleadings, motions, and orders must be "construed according to their substance and function and not merely as to their nomenclature"). But "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case," *Harper v. State*, 286 Ga. 216, 218(1) (686 SE2d 786) (2009), and any appeal from an order denying or dismissing such a motion must be dismissed, see id. at

218(2). See also *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 07/13/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.